WILBORN & ASSOCIATES, P.C.
**TIM WILBORN**, ATTORNEY AT LAW — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
  Attorney for Plaintiff

FILED'05 MAY 03 12:57 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JOY C. ARTER,**             CV 02-1536-JE

    Plaintiff,

vs.             ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $12,755.50 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $7,500.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and the claimant has deposited with her attorney an additional fee of $2,500.00, pending the outcome of the instant fee application. Therefore, when issuing the § 406(b) check, the agency is directed to send to Plaintiff's attorney **at his current address shown above** the amount of $2,755.50, minus the applicable user fee. Any remaining withheld amount which will not be used to pay attorneys' fees should be released to the claimant.

    DATED this _3_ day of _May_, 2005.

            _____
            United States District Judge

Presented by: s/ Tim Wilborn, OSB # 94464
(503) 697-7019; Attorney for Plaintiff

**ORDER - Page 1**